```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAY - 7

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EKENE PORTER,

    Plaintiff,

vs.

DENNIS BALAMM, *et al.*,

    Defendants.

Case No. 3:07-cv-0476-BES-RAM

**ORDER**

Court mail has been returned from the last address given by Plaintiff with a notation reflecting that Plaintiff no longer is at the address. Plaintiff has not filed an updated notice of change of address. Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to immediately file with the Court written notification of any change of address.

Accordingly, and with good cause appearing,

**IT IS ORDERED** that this action shall be **DISMISSED** without prejudice. The Clerk of the Court shall enter final judgment accordingly.

DATED: This 6th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE