AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

EKENE PORTER,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:07-CV-00476-BES-RAM**

DENNIS BALAMM, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action shall be **DISMISSED** without prejudice.


  May 7, 2008                                                        **LANCE S. WILSON**
                                                                                Clerk

                                                                                /s/ Pamela McDonald
                                                                                 Deputy Clerk